IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 1:14-CR-270-01 |
| | § | |
| DANIEL GARZA-DIAZ | § | |

ORDER

BE IT REMEMBERED on this 12th day of August, 2014, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed April 30, 2014, wherein the defendant Daniel Garza-Diaz waived appearance before this Court and appeared before the United States Magistrate Judge Ignacio Torteya, III for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution.   The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Daniel Garza-Diaz to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted.  The Court finds the Defendant Daniel Garza-Diaz guilty of the offense of possession with intent to distribute a quantity more than one hundred (100) kilograms, that is, approximately 156.49 kilograms of marihuana, a Schedule I controlled substance, in violation of 21 U.S.C.  § 841(a)(1), 841(b)(1)(B) and 18 U.S.C. § 2.

Signed this 12th  day of August, 2014.

Andrew S. Hanen
United States District Judge